

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pallmeyer, Rebecca R. | U.S. District Court | 05/15/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Artile III Judge (active) | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 219 South Dearborn Street<br>Room 2178<br>Chicago, Illinois 60604 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

**Pallmeyer, Rebecca R.**

| Name of Person Reporting | Date of Report |
|---|---|
| Pallmeyer, Rebecca R. | 05/15/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | U.S. District Judge Salary | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Northwestern University Salary |
| 2. 1/13/10 | Honorarium: University of Minnesota ($500.00) |
| 3. 1/25/10 | Royalty: Oxford University Press |
| 4. 2/18/10 | Royalty: John Wiley & Sons |
| 5. 3/31/10 | Honorarium: St. Olaf College ($600.00) |
| 6. 5/31/10 | Royalty: American Psychological Association |
| 7. 8/31/10 | Royalty: Guilford Press |
| 8. 9/03/10 | Royalty: John Wiley & Sons |
| 9. 9/21/10 | Royalty: Guilford Press |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Amerian Law Institute-American Bar Association | 7/21/10 - 7/23/10 | Santa Fe, NM | Panel Member - Seminar | Transporation, Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Pallmeyer, Rebecca R. | 05/15/2011 |

2. 

3. 

4. 

5. 

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| Pallmeyer, Rebecca R. | 05/15/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Checking Account: Chase, Evanston, IL | A | Interest | J | T | | | | | |
| 2. CD: Chase, Evanston, IL | A | Interest | J | T | | | | | |
| 3. Money Market Accounts: Chase, Evanston, IL | A | Interest | M | T | | | | | |
| 4. TIAA-CREF | | None | O | T | | | | | |
| 5. Metropolitan Life | A | Dividend | J | T | | | | | |
| 6. Eaton Vance Tax Mgmt Emerging Market Instl. | A | Dividend | | | Sold | 10/05/10 | J | A | |
| 7. Fidelity Advisor Leveraged Co. Stk. Cl.1 | A | Dividend | K | T | | | | | |
| 8. Harbor Bonds Ins. | A | Dividend | J | T | | | | | |
| 9. I Shares S & P Index Fund | A | Dividend | | | Sold | 10/05/10 | K | A | |
| 10. I Shares TR MSCl. Eafe. Index Fund | A | Dividend | | | Sold | 10/05/10 | J | A | |
| 11. Market Vectors ETF TR. Global Alternative Energy | A | Dividend | | | Sold | 10/05/10 | J | A | |
| 12. Keeley Small Cap Value Class A | A | Dividend | J | T | | | | | |
| 13. American Funds New World Fund A | B | Dividend | K | T | | | | | |
| 14. Prime Fund Capital Reserves Money Market | A | Interest | J | T | | | | | |
| 15. Doubleline Total Return Bond FD CL 1 | A | Dividend | K | T | Buy | 10/08/10 | K | | |
| 16. Oppenheimer Int'l Bond FD CL Y | A | Dividend | K | T | Buy | 10/08/10 | K | | |
| 17. Parnassus Equity Income Port. | A | Dividend | K | T | Buy | 10/08/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pallmeyer, Rebecca R. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Pimco Commidty Real Return Inst. | A | Dividend | J | T | Buy | 10/08/10 | J | | |
| 19. Principal High Yield Cl A | A | Dividend | K | T | Buy | 10/08/10 | K | | |
| 20. RS Partners Fund Cl Y | A | Dividend | J | T | Buy | 10/08/10 | J | | |
| 21. T Rowe Price Real Est. Fund | A | Dividend | J | T | Buy | 10/08/10 | J | | |
| 22. Dodge & Cox Income Prosp. | A | Dividend | J | T | Buy | 12/09/10 | J | | |
| 23. Doubleline Core Fixed Income Cl 1 | A | Dividend | J | T | Buy | 12/09/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pallmeyer, Rebecca R. | 05/15/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Pallmeyer, Rebecca R. | 05/15/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Rebecca R. Pallmeyer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544